# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GREEN TREE SERVICING, LLC,**          Case No. 3:13-CV-063

    Plaintiff,

                                              **Judge Timothy S. Black**

**-vs-**

**APRIL EDDIE,** *et al.***,**

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]    Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]    Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion Remand (Doc.7) is **GRANTED**; the case is **REMANDED** to the state court from which it was removed; and the case is **TERMINATED** from the docket of the Court.

Date: May 2, 2013                                                                    **JOHN P. HEHMAN, CLERK**

                                                                                             By: *s/ M. Rogers*
                                                                                             Deputy Clerk